# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEEANN ROWE, COLLECTION BUREAU SERVICES, INC., and LINCOLN COUNTY, a political subdivision of the State of Montana,<br><br>Defendants. | CV 19-32-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, the United States of America, and against Defendant DeeAnn Rowe in the principal amount of $50,003.19, plus interest computed at the daily rate of $8.60 for the accrued total amount of $2,466.95 as of November 16, 2018, plus fees in the amount of $1,837.62 ($24.33 late charges, fees for negative escrow of taxes and insurances of $1,278.29, and $535.00 for litigation guarantee), for a combined total of $54,307.76 as of November 16, 2018. In addition, if the value of the real property exceeds the principal and accrued interest ($54,307.76), the Rural Housing Service is entitled to repayment of the interest credit subsidy pursuant to the repayment agreement dated March 8, 2002. The interest subject to recapture will be $36,893.66, making a total of $91 ,201.42 due and owing as of November 16, 2018. Interest continues to accrue from November 16, 2018, at the rate of $8.60 per day until the

date of entry of judgment. Plaintiff is entitled to post-judgment interest pursuant to 28 U.S.C. § 1961.

Dated this 18th day of June, 2019.

TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk